```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Alan Champney

    v.

Apple New England, LLC                        Case No. 20-cv-397-LM

<u>JUDGMENT</u>

In accordance with the following, judgment is hereby entered:

    1. Notice of Voluntary Dismissal dated May 26, 2020; and

    2. Endorsed Order by Chief Judge Landya B. McCafferty dated June 17, 2021.

By the Court:

_____
Daniel L. Lynch
Clerk of Court

Date: June 17, 2021

cc: Counsel of Record